# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Anthony I. Putman, Debtor.

                          Chapter 13
                          Case No. 17-41872 tjt
/                         Hon. TUCKER

"CORRECTED"
## DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM

    NOW COMES debtor, by and through his attorney Bobby J. Frierson and hereby objects to the allowance of claim of Internal Revenue Service, filed in the amount of $.00 secured and $16,802.26 priority, and $25, 943.17 unsecured.

    1. The claim is erroneous in that the tax claim stated no individual income tax returns for the years 2015 and 2016 were filed, when in fact debtor has filed all required returns.

    2.
  Debtor objects to the classification of the claim as priority for the reason the debtor's real and/or personal property is encumbered and/or exempt under the code and some of the claims arose more than 4 years before the petition was filed.

    3. Debtors tax return for 2016 was filed before the August 15, 2017 deadline. .

    4. The claim states an incorrect sum for income taxes due and debtors' plan provides the sum of $6,370.00 as a compromise sum to the claims.

    WHEREFORE debtor prays that said claim be disallowed, and reduced, and that debtors be granted such other relief as is just in the premises.

                                            /s/ Bobby J. Frierson
                                            Bobby J. Frierson P36099
                                            645 Griswold Suite 1300
                                            Detroit, MI 48226
                                            (313) 393-3700
                                            friersonlaw@aol.com

Dated: May 17, 2017

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

Anthony I. Putman, Debtor.
                                              Chapter 13
                                              Case No. 17-41872 tjt
            /                                        Hon. TUCKER

## PROOF OF SERVICE

I certify that a copy of Debtor's Corrected Objection to Claim of Internal Revenue Service, Notice of Objection and Opportunity to Response, Order, (Proposed) was served upon IRS Special Procedures Box 330500 Stop 15, Detroit, MI 48232, U.S. Attorney, Civil Div, 211 W. Fort, Suite 2000, Detroit, MI 48226, and the Chapter 13 Trustee by ECF and/or by placing same in the U.S. Mail on <u>May 16, 2017</u> at Detroit, Michigan.


                                                    /s/ Bobby J. Frierson
                                                    Bobby J. Frierson

Date: May 17, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Anthony I. Putman, Debtor.

                                             Chapter 13
                                             Case No. 17-41872 tjt
         /                                    Hon. TUCKER

"CORRECTED"
**NOTICE OF OBJECTION TO CLAIM**

Debtor, has filed the attached Objection to Allowance of Claim filed by the IRS. .
**Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to deny, modify or change your claim then on or before   June 15, 2017   you or your attorney must:

  1. File a written response to the objection, explaining your position at:
    United States Bankruptcy Court
    211 West Fort Street, Suite 2100
    Detroit, Michigan 48226

   If you mail your written response, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:
    Tammy L. Terry, Chapter 13 Trustee
     535 Griswold Street
     Suite 2100
     Detroit, MI 48226

    Bobby J. Frierson, 645 Griswold, # 1300, Detroit, MI 48226
    Anthony Putman 29555 Laurel Woods, Southfield, MI 48034

  2. Attend the hearing on the objection to be held on   June 22, 2017 at   11:00   am/pm in Courtroom 1925,   211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and debtor's attorney. This will be a pre-trial hearing and testimony may be taken. The Court will schedule the matter for trial.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**


Date: 05/17/2017                                                       /s/ Bobby J. Frierson Atty
                                                                           Bobby J. Frierson P36099
                                                                           645 Griswold, Suite 1300
                                                                           Detroit, MI 48226
                                                                           (313) 393-3700
                                                                            friersonlaw @aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Anthony I. Putman,

                Debtors.                Chapter 13
                                                    Case No: 17-41872 tjt
                                                    Hon. TUCKER

ORDER GRANTING OBJECTION TO CLAIM # 4

This matter having come before the Court upon the filing of Objection to Allowance of Claim, due notice having been given, and the Court having found that the Objection is in accordance with law:

        NOW THEREFORE on Motion of Bobby J. Frierson, counsel for debtors,

        IT IS HEREBY ORDERED that the claim of the IRS shall be

                Reduced to unsecured $25,943.00 and $ 6,300.00 priority;