UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Anthony I. Putman, Debtor.

                              /

Chapter 13
Case No. 17-41872 TJT
Hon. TUCKER

## ORDER GRANTING OBJECTION TO CLAIM NO. 4

This matter having come before the Court upon the filing of Objection to Allowance of Claim No. 4 filed by the Internal Revenue Service, and the Court having found the objection is in accordance with law,

NOW THEREFORE on Motion of Bobby J. Frierson, counsel for debtor,

IT IS HEREBY ORDERED Debtor 2016 tax return is filed, the claim of the IRS shall be

Reduced to unsecured $25,943.00 and $6,370.00 priority
.

**Signed on June 16, 2017**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge