# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Anthony I. Putman, Debtor.

                                  /

Chapter 13
Case No. 17-41872 tjt
Hon. TUCKER

## CORRECTED
## DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM 7

    NOW COMES debtor, by and through his attorney Bobby J. Frierson and hereby objects to the allowance of claim of Michigan Department Treasury, filed in the amount of $14,000 secured and $1270. priority, and $969.94 unsecured.

    1. The claim is erroneous in that the tax claim stated no individual income tax returns for the years 2015 and 2016 were filed, when in fact debtor has filed all required returns.

    2. Debtor objects to the classification of the claim as priority for the reason the debtor's real and/or personal property is encumbered and/or exempt under the code and some of the claims arose more than 4 years before the petition was filed.

3. Debtors tax return for 2016 was filed before the August 15, 2017 deadline. .

4.    The claim states an incorrect sum for income taxes due and debtors' plan provides the sum of $8,000 secured and $1270 priority.0 as a compromise sum to the claims.

    WHEREFORE debtor prays that said claim be disallowed, and reduced, and that debtors be granted such other relief as is just in the premises.

                                                      /s/ Bobby J. Frierson
                                                      Bobby J. Frierson  P36099
                                                      645 Griswold Suite 1300
                                                      Detroit, MI 48226
                                                      (313) 393-3700
                                                      friersonlaw@aol.com

Dated: August 24, 2017

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

   Anthony I. Putman,   Debtor.

                                                     Chapter 13
                                                 Case No. 17-41872 tjt
_____/                          Hon. TUCKER

## PROOF OF SERVICE

     I certify that a copy of Debtor's Corrected Objection to Claim #7 oMichigan Department Treasury, Notice of Objection and Opportunity to Response, Order, (Proposed) was served upon Michigan Treasury Dept. Box 30168, Lansing, MI 48909and State Attorney General, Civil Div. 3030 W. Grand Blvd, Detroit, M 48202, and the Chapter 13 Trustee by ECF and/or by placing same in the U.S.mail on August 24, 2017 at Detroit, Michigan.

                                                      /s/ Bobby J. Frierson
                                                       Bobby J. Frierson

Date: August 24, 2017

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

    Anthony I. Putman, Debtor.

          Chapter 13
          Case No. 17-41872 tjt

_____/           Hon. TUCKER

## "CORRECTED"
## NOTICE OF OBJECTION TO CLAIM 7

    Debtor, has filed the attached Corrected Objection to Allowance of Claim filed by the Michigan Treasury Department.

**Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to deny, modify or change your claim then on or before  September 28, 2017  you or your attorney must:

    1. File a written response to the objection, explaining your position at:
      United States Bankruptcy Court
      211 West Fort Street, Suite 2100
      Detroit, Michigan 48226

    If you mail your written response, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:
      Tammy L. Terry, Chapter 13 Trustee
        535 Griswold Street
        Suite 2100
        Detroit, MI 48226

      Bobby J. Frierson, 645 Griswold, # 1300, Detroit, MI 48226
      Anthony Putman 29555 Laurel Woods, Southfield, MI 48034

    2. Attend the hearing on the objection to be held on  October 5, 2017  at  11:00  am/pm in Courtroom 1925, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and debtor's attorney. This will be a pre-trial hearing and testimony may be taken. The Court will schedule the matter for trial.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**


Date: 08/24/2017                         /s/ Bobby J. Frierson Atty
                                                    Bobby J. Frierson P36099
                                                    645 Griswold, Suite 1300
                                                    Detroit, MI 48226
                                                    (313) 393-3700
                                                    friersonlaw @aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

    Anthony I. Putman,

    Debtors.
    Chapter 13
    Case No: 17-41872 tjt
    Hon. TUCKER

ORDER GRANTING OBJECTION TO CLAIM #7

    This matter having come before the Court upon the filing of Objection to Allowance of Claim, due notice having been given, and the Court having found that the Objection is in accordance with law:

    NOW THEREFORE on Motion of Bobby J. Frierson, counsel for debtors,

    IT IS HEREBY ORDERED that the claim of the Michigan Department shall be

Reduced to secured $8,000.00 and $1270.00 priority;